IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Case No. 1:06cv294

| | |
|---|---|
| CHRISTY M. GOODSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER OF REMAND |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' joint motion for a remand pursuant to Sentence Six of 42 U.S.C. §405(g).

For the reasons stated in the motion, the Court finds that good cause has been shown and remand is appropriate.

**IT IS, THEREFORE, ORDERED** that, pursuant to sentence six of 42 U.S.C. § 405(g), this case is remanded to the Defendant Commissioner. Because the case remains pending, no judgment shall be entered in this matter at this time.

Signed: December 20, 2006

Lacy H. Thornburg
United States District Judge